UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KELLY M. VERDIN | * | CASE NO:   2:11-cv-02460 |
| | * | |
| VERSUS | * | JUDGE SARAH S. VANCE |
| | * | |
| FEDERAL EXPRESS CORPORATION, | * | MAG. JOSEPH C. WILKINSON, JR. |
| AND ACE AMERICAN INSURANCE | * | |
| COMPANY | * | |
| | * | |
| * * * * * * | * | * * * * * * |

## ORDER OF DISMISSAL

Considering the above and foregoing Motion for Dismissal;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the claims of Plaintiff, Kelly Verdin, in the above entitled and numbered cause against all Defendants, be and the same are dismissed, with prejudice, each party to bear her/their own costs.

New Orleans, Louisiana this _2nd_ day of _____ April _____, 2013.

_Sarah Vance_
**J U D G E**

3